UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMAREE JAMES,<br><br>                Plaintiff,<br><br>vs.<br><br>EVERETT FINANCIAL, INC., et al.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-05115-JPB |

## J U D G M E N T

This action having come before the court, Honorable J.P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for ailure to follow the Court's Order.

Dated at Atlanta, Georgia, this 19th day of December, 2023.

                                                                     KEVIN P. WEIMER
                                                                       CLERK OF COURT

                                                   By:     s/ N. Bowen-Haider
                                                                      N. Bowen-Haider, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 19, 2023
Kevin P. Weimer
Clerk of Court

By:     s/ N. Bowen-Haider
       Deputy Clerk